IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RED LAKE BAND OF CHIPPEWA INDIANS,** )<br>a Federally recognized Indian tribe, )<br>Highway #1 East )<br>Red Lake Tribal Office Building )<br>Red Lake, MN 56671 )<br>    )<br>    Plaintiff, )<br>    )<br>v. )<br>    )<br>**UNITED STATES OF AMERICA,** )<br>Department of the Interior )<br>1849 C Street, NW )<br>Washington, D.C. 20240 )<br>    )<br>and )<br>    )<br>**DIRK KEMPTHORNE, in his official capacity** )<br>as Secretary, )<br>United States Department of the Interior )<br>1849 C Street, NW )<br>Washington, DC 20240 )<br>    )<br>    Defendants. )<br>    ) | **Civil Action No.**<br>**1:06CV01826 (CK-K)** |

## PRAECIPE

The Clerk of the Court will please enter the appearance of JANE W. VANNEMAN,

Senior Trial Counsel, as counsel of record for Defendants in the above-captioned case.

|  |  |
|---|---|
| Of Counsel: | Respectfully submitted, |
| JEFFREY A. TAYLOR | s/s Jane W. Vanneman |
| United States Attorney | Jane W. Vanneman |
| D.C. Bar #498610 | Senior Trial Counsel |
| RUDOLPH CONTRERAS | United States Department of Justice |
| Assistant United States Attorney | Civil Division |
| D.C. Bar #434122 | Commercial Litigation Branch |
| KEITH MORGAN | 1100 L Street, N.W. |
| Deputy Chief, Civil | Room 12010 |
| D.C. Bar#422655 | Washington, D.C. 20005 |
| Judiciary Center Building | (202) 616-8283 |
| 555 Fourth St., N.W. | |
| Room E4224 | |
| Washington, D.C. 20530 | |
| (202) 307-0372. | |

December 18, 2006