## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RED LAKE BAND OF CHIPPEWA INDIANS,** ) <br> **a Federally recognized Indian tribe,** ) <br> **Highway #1 East** ) <br> **Red Lake Tribal Office Building** ) <br> **Red Lake, MN 56671** ) <br> ) <br> **Plaintiff,** ) <br> ) <br> **v.** ) <br> ) <br> **UNITED STATES OF AMERICA,** ) <br> **Department of the Interior** ) <br> **1849 C Street, NW** ) <br> **Washington,  D.C. 20240** ) <br> ) <br> **and** ) <br> ) <br> **DIRK KEMPTHORNE, in his official capacity** ) <br> **as Secretary,** ) <br> **United States Department of the Interior** ) <br> **1849 C Street, NW** ) <br> **Washington, DC 20240** ) <br> ) <br> **Defendants.** ) <br> ) | Civil Action No. <br> 1:06CV01826 (CK-K) |

Defendants' Unopposed Motion For An Enlargement of Time
Within Which To File Defendant's Answer Or Otherwise Plead

Defendants respectfully request  that this Court grant it an enlargement of time of thirty

days, to and including January 23, 2007, within which to file defendants' answer or otherwise

plead.  Defendants' answer presently is due on December 26, 2006.  This is defendants' first

request for an enlargement of time for this purpose.  Counsel for plaintiff consents to this motion.

On Monday, December 11, 2006, undersigned counsel received the Complaint in this case and the assignment to handle it.   Immediately upon receipt of part of the file on December 11, 2006, undersigned counsel contacted the Office of the United States Attorney and counsel at the principal agency involved, the Department of Interior.  Counsel discussed factual and legal matters relating to the case, and Justice Department counsel requested a copy of all of the attachments to the Complaint, and additional documentation and information.  Counsel requested that agency counsel prepare a litigation report, with a particular focus upon the particular programs of the Bureau of Indian Affairs (BIA) involved and legal defenses that the Government possesses in this case.  Counsel for the Government require additional time within which to complete their factual and legal research into the contract(s) involved, so that we may file either an answer and/or a dispositive motion.   In addition, counsel may be able to meet with one of more agency representatives during the week of December 18, 2006, to discuss the case.

Also, on Thursday, December 14, 2006, and Monday and Tuesday, December 18 and 19, 2006, counsel contacted counsel for plaintiff to discuss matters in the case.  Counsel will continue to consult about the case between now and the due date for the answer about issues in the case, as well as any document production and any possible discovery matters.

Therefore, counsel for the Government is working diligently on the case.  However, counsel requires additional time to review documents and meet with agency personnel before counsel can file an answer or otherwise plead.

Counsel's Other Responsibilities

Counsel has an unusually heavy caseload during this time.  Counsel was working diligently on preparing dispositive motions (summary judgment and motions for partial dismissal) in Ace Property & Casualty Insurance Company et al. v. Federal Crop Insurance Corporation, Civil Action No. 1:06CV01430 (D.C. D.C.)(RMU), which had been due on December 20, 2006.  Counsel was required to prepare a motion for an enlargement of time, which the plaintiff insurance companies opposed.  Shortly after filing our motion, the Court granted our motion, and our dispositive motions now are due on January 25, 2007.  Plaintiff insurance companies plead eleven Counts in their Complaint, and the case raises several issues of first impression in the Federal crop insurance arena, including jurisdictional issues involving the jurisdiction of the Federal district court as well as of the United States Department of Agriculture Board of Contract Appeals.  Ace Property & Casualty Insurance Company et al, AgBCA Nos. 2004-173-F through 2004-184-F (December 21, 2005) (www.usda/gov/bca); Ace Property et al, 2006 WL 1776561 , June 6, 2006)(denial of motion for reconsideration).[1]

Counsel was also working diligently on matters in Preminger v. Secretary of Veterans Affairs, No. 2007-7008 (Fed. Cir.), a case brought pursuant to 38 U.S.C. §502, involving a facial challenge to the constitutionality of a regulation promulgated by the Department of Veterans

---

[1]     Counsel has represented the Government in cases filed by the same insurance companies in other courts, and is familiar with these proceedings, the records in these cases, and the legal issues raised and decided:  Ace Property & Casualty Insurance Company v. Federal Crop Insurance Corporation et al, 60 Fed. Cl. 175 (2004), aff'd, 138 Fed. Appx. 308 (Fed. Cir. 2005) Ace Property & Casualty Insurance Co. v. Federal Crop Ins. Corp., 357 F. Supp. 2d 1140 (S.D. Iowa 2005), aff'd Ace Property & Casualty Insurance Company et al v. Federal Crop Insurance Corporation et al,, 440 F.3d 992, aff'd on other grounds (8th Cir. 2006).

Affairs (VA), 38 C.F.R. §1.218(a)(14).  Petitioner had filed an as-applied challenge in a Federal district court to the regulation, and lost.  Preminger v. Principi, No. CV-04-2012-JF (N.D. Cal), aff'd, Preminger v. Principi, 422 F.3d 815 (9th Cir. 2005).  In response to our motion for an enlargement of time to February 7, 2007, within which to file our brief in the Federal Circuit (presently due on December 21, 2006), petitioner filed a motion to stay enforcement of the regulation until the Federal Circuit decided the case.  Counsel was required to prepare a reply (filed on December 15, 2006) to petitioner's opposition to our motion for an enlargement of time, and also to prepare an opposition to the motion to stay (due December 26, 2006), which clearly involves merits issue.

Further, on Monday, December 18, 2006, counsel learned that the United States District Court for the Southern District of Iowa had issued its decision on December 15, 2006, on damages in American Growers Insurance Company v. Federal Crop Insurance Corporation, No. 1:01-CV-10059 (S.D. Iowa).  See  American Growers Ins. Co. v. Federal Crop Ins. Corp., 2003 WL 1233073 *3 (Mar. 3, 2003)(court's earlier ruling that plaintiff is entitled to indemnification (crop insurance) pursuant to 7 U.S.C. §1508(j)(3)).  The Court set a January 8, 2007, deadline for defendant to file a brief on whether plaintiff has any contractual or statutory bases for an award of interest (prejudgment and/or postjudgment).[2]

---

[2]  Counsel also has continuing responsibilities to care for her frail, elderly mother in Connecticut, on a frequent basis on the telephone.  Counsel travels once or twice per month to Connecticut for this purpose, and is scheduled to travel on December 22-23, 2006.

CONCLUSION

For the foregoing reasons, defendants respectfully request that this Court grant them an

enlargement of time to January 23, 2007, within which to file their answer or otherwise plead.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General


s/s David M. Cohen
DAVID M. COHEN
Director, Commercial Litigation Branch


Of Counsel:
JEFFREY A. TAYLOR
United States Attorney
D.C. Bar #498610
RUDOLPH CONTRERAS
D.C. Bar #434122
KEITH MORGAN
Deputy Chief, Civil
D.C. Bar#422655
Judiciary Center Building
555 Fourth St., N.W.
  Room E4224
Washington, D.C. 20530
(202) 307-0372.

s/s Jane W. Vanneman
JANE W. VANNEMAN
Senior Trial Counsel
United States Department of Justice
Civil Division
Commercial Litigation Branch
Civil Division
1100 L Street, N.W.
 Room 12010
Washington, D.C. 20005
1100 L Street, N.W.
Telephone: (202) 616-8283
Facsimile: (202) 514-8624
email: jane.vanneman@usdoj.gov


December 19, 2006

5

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **RED LAKE BAND OF CHIPPEWA INDIANS,** ) | |
| **a Federally recognized Indian tribe,** ) | |
| **Highway #1 East** ) | |
| **Red Lake Tribal Office Building** ) | |
| **Red Lake, MN 56671** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | |
| ) | **Civil Action No.** |
| **UNITED STATES OF AMERICA,** ) | **1:06CV01826 (CK-K)** |
| **Department of the Interior** ) | |
| **1849 C Street, NW** ) | |
| **Washington,  D.C. 20240** ) | |
| ) | |
| **and** ) | |
| ) | |
| **DIRK KEMPTHORNE, in his official capacity** ) | |
| **as Secretary,** ) | |
| **United States Department of the Interior** ) | |
| **1849 C Street, NW** ) | |
| **Washington, DC 20240** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

ORDER

   Upon consideration of defendants' unopposed motion for an enlargement of time to

January 23, 2007, within which to file defendants' answer or otherwise plead, the motion is

GRANTED and defendants' answer is due on January 23, 2007.

              _____

Date:              Judge Colleen Kollar-Kotelly