IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RED LAKE BAND OF CHIPPEWA INDIANS,** ) <br> a Federally recognized Indian tribe, ) <br> Highway #1 East ) <br> Red Lake Tribal Office Building ) <br> Red Lake, MN 56671 ) <br> ) <br>      **Plaintiff,** ) <br> ) <br> v. ) <br> ) <br> **UNITED STATES OF AMERICA,** ) <br> Department of the Interior ) <br> 1849 C Street, NW ) <br> Washington, D.C. 20240 ) <br> ) <br> and ) <br> ) <br> **DIRK KEMPTHORNE, in his official capacity** ) <br> as Secretary, ) <br> United States Department of the Interior ) <br> 1849 C Street, NW ) <br> Washington, DC 20240 ) <br> ) <br>      **Defendants.** ) <br> ) | **Civil Action No.** <br> **1:06CV01826 (CK-K)** |

**ENTRY OF APPEARANCE**

The Clerk of the Court shall please take notice that Reginald T. Blades, Jr., Senior Trial Counsel, hereby enters his appearance as counsel for defendants in this matter.  Mr. Blades is an attorney with the Department of Justice, Civil Division, Commercial Litigation Branch.

His address, telephone number, facsimile number, and Louisiana Bar number are as follows:

        Reginald T. Blades, Jr.
        Senior Trial Counsel
        Louisiana Bar No. 03128
        United States Department of Justice
        Civil Division
        Commercial Litigation Branch
        1100 L Street, NW
        Room 12130
        Washington, D.C. 20530
        Telephone: (202) 616-8257
        Facsimile: (202 307-0972

        Respectfully submitted,

        PETER KEISLER
        Assistant Attorney General

        JEANNE E. DAVIDSON
        Director

| Of Counsel: | |
|---|---|
| JEFFREY A. TAYLOR | s/ Reginald T. Blades, Jr. |
| United States Attorney | Reginald T. Blades, Jr. |
| D.C. Bar #498610 | Senior Trial Counsel |
| RUDOLPH CONTRERAS | Louisiana Bar #03128 |
| Assistant United States Attorney | United States Department of Justice |
| D.C. Bar #434122 | Civil Division |
| KEITH MORGAN | Commercial Litigation Branch |
| Deputy Chief, Civil | 1100 L Street, N.W. |
| D.C. Bar#422655 | Room 12130 |
| Judiciary Center Building | Washington, D.C. 20005 |
| 555 Fourth St., N.W. | Telephone: (202) 616-8257 |
| Room E4224 | Facsimile: (202 307-0972 |
| Washington, D.C. 20530 | reginald.blades@usdoj.gov |
| (202) 307-0372. | |

March 12, 2007