IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RED LAKE BAND OF CHIPPEWA INDIANS,** a Federally recognized Indian tribe, Highway #1 East Red Lake Tribal Office Building Red Lake, MN 56671<br><br>          Plaintiff,<br><br>v.<br><br>**UNITED STATES OF AMERICA,** Department of the Interior 1849 C Street, NW Washington, D.C. 20240<br><br>and<br><br>**DIRK KEMPTHORNE, in his official capacity** as Secretary, United States Department of the Interior 1849 C Street, NW Washington, DC 20240<br><br>          Defendants. | **Civil Action No.** **1:06CV01826 (CK-K)** |

**NOTICE OF WITHDRAWAL AS ATTORNEY FOR DEFENDANTS**

   Jane W. Vanneman hereby withdraws as counsel for defendants in this case.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | PETER KEISLER<br>Assistant Attorney General |
|  | JEANNE E. DAVIDSON<br>Director |
| Of Counsel:<br>JEFFREY A. TAYLOR<br>United States Attorney<br>D.C. Bar #498610<br>RUDOLPH CONTRERAS<br>Assistant United States Attorney<br>D.C. Bar #434122<br>KEITH MORGAN<br>Deputy Chief, Civil<br>D.C. Bar#422655<br>Judiciary Center Building<br>555 Fourth St., N.W.<br>Room E4224<br>Washington, D.C. 20530<br>(202) 307-0372. | s/ Jane W. Vanneman<br>Jane W. Vanneman<br>Senior Trial Counsel<br>United States Department of Justice<br>Civil Division<br>Commercial Litigation Branch<br>1100 L Street, N.W.<br>Room 12010<br>Washington, D.C. 20005<br>Telephone:  (202) 616-8283<br>Facsimile: (202) 514-8624<br>jane.vanneman@usdoj.gov |

March 12, 2007