IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| RED LAKE BAND OF CHIPPEWA INDIANS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. |
| | ) | 1:06CV01826 (CK-K) |
| UNITED STATES OF AMERICA, et al., | ) | |
| | ) | |
| Defendants. | ) | |

STATUS REPORT AS TO DISCOVERY PLAN

Pursuant to Fed. R. Civ. P. 26(f) and the April 25, 2007 Order of the Court, the parties respectfully submit this joint status report as to their discovery plan.

Rule 26(a)(1) Disclosures

The parties have agreed that the initial disclosures required by Rule 26(a)(1) will be made by May 23, 2007.

Written Discovery

June 1, 2007 - a first round of written discovery will commence. Responses will be due in accordance with the Federal Rules of Civil Procedure.

July 25, 2007 - a second round of written discovery will commence. Responses will be due in accordance with the Federal Rules of Civil Procedure.

Any additional or follow-up requests may be served as appropriate within the framework provided by the Federal Rules of Civil Procedure.

Depositions

Plaintiff sought to notice its initial depositions of BIA Director Patrick Ragsdale, Self-Governance Deputy Director Kenneth Reinfeld, and BIA Regional Director Terrance Virden for

May 21 and 22 in Washington, D.C., but defendant's counsel was unable to accommodate the requested schedule. Counsel are in the process of determining dates that are mutually convenient to counsel and these and other deponents sought by plaintiff as soon as possible.

Currently, in advance of initial disclosures and any discovery, defendants do not know whose depositions will be taken. Deponents will be identified and depositions will be taken following receipt of responses to written requests. Depending upon the deponent and the subject matter of the deposition, depositions may be taken after receipt of responses to the initial written requests, that is in July and August, or after receipt of responses to any additional or follow-up requests, that is in August and September.

Experts

Pursuant to the Court's April 25, 2007 Order, disclosures regarding experts pursuant to Fed. R. Civ. P. 26(a)(2)(B), shall be made by proponent on July 6, 2007 and by opponent on August 6, 2007. Expert depositions can be taken following the disclosures and completed by the close of discovery on September 24, 2007.

Discovery Completion

In accordance with the April 25, 2007 Order of the Court, the parties anticipate the completion of discovery by September 24, 2007.

Service

Discovery requests and responses shall be served in accordance with the Federal Rules of Civil Procedure and this Court's local rules. The parties agree to provide each other with a copy of requests and responses in an electronic format, either Word or WordPerfect.

As indicated at the scheduling conference with the Court, the parties have developed this plan at the Court's request as an outline to guide the parties during the discovery period and to

provide for completing discovery by September 24, 2007,  and not to impose strict limitations or

restrictions upon the timing of requests and responses.

                                        Respectfully submitted,

                                         PETER KEISLER
                                         Assistant Attorney General

                                         s/ Jeanne E. Davidson
                                         JEANNE E. DAVIDSON
                                         Director

| | |
|---|---|
| s/ Philip Baker-Shenk | s/ Reginald T. Blades, Jr. |
| PHILIP BAKER-SHENK | REGINALD T. BLADES, Jr. |
| (D.C. Bar #386662) | (La. Bar No. 03128) |
| HOLLAND & KNIGHT LLP | Senior Trial Counsel |
| 2099 Pennsylvania Avenue, N.W., | United States Department of Justice |
| Suite 100 | Civil Division |
| Washington, D.C.   20006 | Commercial Litigation Branch |
| Telephone: (202) 955-3000 | 1100 L Street, N.W. |
| Facsimile: (202) 955-5564 | Room 12130 |
| philip.bakershenk@hklaw.com | Washington, D.C.   20530 |
| | Telephone: (202) 616-8257 |
| Counsel for Red Lake Band of | Facsimile: (202) 307-0972 |
|   Chippewa Indians | reginald.blades@usdoj.gov |
| | |
| | OF COUNSEL: |
| | |
| | JEFFREY A. TAYLOR |
| | United States Attorney |
| | RUDOLPH CONTRERAS |
| | Assistant United States Attorney |
| | D.C. Bar #434122 |
| | KEITH MORGAN |
| | Deputy Chief, Civil |
| | D.C. Bar #422655 |
| | Judiciary Center Building |
| | 555 Fourth Street, N.W. |
| | Room E4224 |
| | Washington, D.C.   20530 |
| | |
| | Counsel for Defendants |

May 9, 2007