UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RED LAKE BAND OF CHIPPEWA INDIANS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA, et al. )<br>)<br>Defendants. )<br>) | Civil Action No.<br>06-1826 (CKK) |

**JOINT STATUS REPORT**

Pursuant to this Court's Minute Order of September 26, 2007, Plaintiff, Red Lake Band of Chippewa Indians ("Plaintiff"), and Defendants, United States of America and Dirk Kempthorne, in his official capacity as Secretary of the United States Department of the Interior (collectively, the "Defendants"), by their respective counsel, submit the following Joint Status Report as to the parties' proposed course of litigation:

**A.     Further Discovery**

The parties do not wish to propound any further discovery requests or take any further depositions. The only outstanding discovery response is based upon Defendants' Response to Interrogatory No. 8 in Plaintiff's First Set of Interrogatories, served upon Plaintiff's counsel on October 24, 2007. In their Response, Defendants stated that "[u]pon review of the estimated pay cost increases effective in FY 2006, the Bureau believes that an error was made and that the Red Lake Band of Chippewa Indians will be owed an additional distribution. The amount of the distribution, however, has not been determined.…The Department anticipates that it will be able to provide the determination

1

and the additional funds within 60 days." Other than Defendants' provision of such determination and additional funds on or before December 24, 2007, no other discovery responses are pending and the parties agree that discovery is concluded.

**B.     Amendment of Complaint**

Plaintiff requests, with agreement of Defendants, that it reserve the right to amend its complaint within 60 days of receipt of the additional determination and funds from Defendants, pursuant to Defendants' Response to Interrogatory No. 8.

**C.     Court-Ordered and Supervised Alternative Dispute Resolution**

The parties respectfully request that the Court refer the matter to magistrate-supervised Alternative Dispute Resolution (ADR), before the Honorable Magistrate Judge Alan Kay, for purposes of conducting supervised settlement negotiations. The parties respectfully request that such ADR efforts commence as soon as possible. Plaintiff respectfully requests that the process conclude no later than January 15, 2008.

**D.     Motions for Summary Judgment**

If ADR is not successful, the parties propose to establish a schedule for the filing of motions for summary judgment as follows:

1) Plaintiff's motion for summary judgment – filed within 15 days after the conclusion of ADR.

2) Defendants' response or response and cross-motion for summary judgment – filed within 30 days after service of Plaintiff's motion.

3) Plaintiff's response to Defendants' cross motion and Plaintiff's reply to Defendants' response to Plaintiff's motion for summary judgment – filed within 30 days after service of Defendants' response and cross-motion.

4) Defendants' reply to Plaintiff's response to Defendants' cross-motion for summary judgment – filed within 15 days after service of Plaintiff's response.

                                              Respectfully submitted,

November 7, 2007                HOLLAND & KNIGHT LLP

                                              s/ Philip Baker-Shenk
                                              PHILIP BAKER-SHENK (D.C. Bar #386662)
                                              Counsel for Red Lake Band of Chippewa Indians
                                              2099 Pennsylvania Avenue, N.W. Suite 100
                                              Washington, D.C. 20006
                                              202-955-3000
                                              Telefax:  202-955-5564
                                              philip.bakershenk@hklaw.com

        PETER KEISLER
        Assistant Attorney General

        s/ Jeanne E. Davidson
        JEANNE E. DAVIDSON
        Director

Of Counsel:

| | |
|---|---|
| JEFFREY A. TAYLOR | s/ Reginald T. Blades, Jr. |
| United States Attorney | REGINALD T. BLADES, JR. |
| D.C. Bar #498610 | Senior Trial Counsel |
| RUDOLPH CONTRERAS | Louisiana Bar #03128 |
| Assistant United States Attorney | United States Department of Justice |
| D.C. Bar #434122 | Civil Division |
| KEITH MORGAN | Commercial Litigation Branch |
| Deputy Chief, Civil | 1100 L Street, N.W. |
| D.C. Bar #422655 | Room 12130 |
| Judiciary Center Building | Washington, D.C. 20005 |
| 555 Fourth St., N.W. | Telephone: (202) 616 8257 |
| Room E4224 | Facsimile: (202) 307-0972 |
| Washington, D.C. 20530 | reginald.blades@usdoj.gov |
| (202) 307-0372 | |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RED LAKE BAND OF CHIPPEWA INDIANS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA, et al. )<br>)<br>Defendants. )<br>) | Civil Action No.<br>06-1826 (CKK) |

**[PROPOSED] ORDER**

1)      Discovery is concluded except as to the outstanding determination and payment of funds, to be made on or before December 24, 20007, by Defendants in accordance with Defendants' Response to Interrogatory No. 8 in Plaintiff's First Set of Interrogatories, served upon Plaintiff's counsel on October 24, 2007.

2)      Plaintiff may amend its complaint within 60 days of receipt of the foregoing additional determination and funds from Defendants.

3)      The parties shall enter into magistrate-supervised Alternative Dispute Resolution (ADR), before the Honorable Magistrate Judge Alan Kay, for purposes of conducting court-supervised settlement negotiations.  Such ADR efforts shall commence as soon as possible and, if possible, conclude no later than January 15, 2008.

4)      If ADR is not successful, the parties shall adhere to the following schedule for the filing of motions for summary judgment:

    a.      Plaintiff's motion for summary judgment – filed within 15 days after the conclusion of ADR.

b.  Defendants' response or response and cross-motion for summary judgment – filed within 30 days after service of Plaintiff's motion.

c.  Plaintiff's response to Defendants' cross-motion and Plaintiff's reply to Defendants' response to Plaintiff's motion for summary judgment – filed within 30 days after service of Defendants' response and cross-motion.

d.  Defendants' reply to Plaintiff's response to Defendants' cross-motion for summary judgment – filed within 15 days after service of Plaintiff's response.

It is so ordered, this _____ day of _____, 2007.

                                                       Judge Colleen Kollar-Kotelly
                                                       United States District Judge

# 4917336_v5