UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RED LAKE BAND OF CHIPPEWA INDIANS<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA, *et al.*,<br><br>    Defendants. | Civil Action No. 06-1826 (CKK) |

**ORDER**

As requested by the parties in their Joint Status Report of November 7, 2007, it is this 31st day of December, 2007, hereby

**ORDERED** that this case is referred to Magistrate Judge Alan Kay for mediation. Counsel and parties, including persons with settlement authority, shall attend the mediation; it is further

**ORDERED** that mediation efforts shall extend from December 31, 2007 through March 7, 2008; it is further

**ORDERED** that should the parties fail to resolve this case through their mediation efforts, a status conference in this case shall be set for Friday, March 7, 2008 at 10 a.m. in Courtroom 28A on the Sixth Floor of the Courthouse Annex.

\* *The Clerk's Office is hereby directed to issue a Form 299 referring this case to Magistrate Judge Kay for mediation.*

                              */s/*
                              COLLEEN KOLLAR-KOTELLY
                              United States District Judge